IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WOODMONT TERRELL, LP,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-03007-K |
| | § | |
| **TANGER TERRELL, LLC, and** | § | |
| **TANGER FACTORY OUTLET** | § | |
| **CENTERS, INC.,** | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE: Plaintiff Woodmont Terrell, LP hereby dismisses this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), with each party to bear their own costs and fees.

DATED: October 6, 2020                               Respectfully submitted,

**FROST BROWN TODD LLC**

By: _/s/ Ben A. West_
Ben A. West
State Bar No. 24084074
bwest@fbtlaw.com
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 545-3472
Facsimile: (214) 545-3473

Barry D. Hunter
**FROST BROWN TODD LLC**
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Telephone: (859) 231-0000
bhunter@fbtlaw.com

**ATTORNEYS FOR PLAINTIFF
WOODMONT TERRELL, LP**